IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREA MICKLE, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Civil Action File No. 1:14-CV-01189-SCJ |
| v. ) ) | |
| COUNTRY CLUB, INC. d/b/a GOLDRUSH SHOWBAR, ) ) ) | |
| Defendant. ) ) | |

### DEFENDANT'S MOTION FOR ASSESSMENT OF REASONABLE ATTORNEYS'S FEES AND BRIEF IN SUPPORT

COMES NOW DEFENDANT COUNTRY CLUB, INC., by and through its counsel of record, and files this Motion in support of its request for an assessment of expenses, including reasonable attorneys' fees associated with the non-appearance of Plaintiff Joy Richardson for her deposition, the resulting discovery dispute before the Court, and Defendant's Motion for Sanctions. Filed in support of this Motion is the Declaration of Dean R. Fuchs, lead counsel for Defendant, Country Club, Inc.

## FACTUAL BACKGROUND

This civil action was filed on April 22, 2014. [Doc. 1] Defendant's Answer, Defenses and Counterclaims were filed on July 23, 2014. [Doc. 5] On September 5, 2014, "Opt-in" Plaintiff Joy Richardson filed a consent form indicating her desire to participate in this civil action.

On December 23, 2014, the parties filed their (first) Joint Motion to Modify the Scheduling Order which sought to extend the discovery period through February 27, 2015. [Doc. 28]. This Motion was granted the same day. On February 26, 2015, the parties filed their (second) joint motion seeking to extend the discovery period through and including May 1, 2015. [Doc. 31]. On February 27, 2015, the Court extended the discovery period, but only through and including April 6, 2015.

On April 14, 2015, the Court conducted a hearing by telephone to resolve a discovery dispute. Specifically, the Court was informed that Plaintiff Joy Richardson had failed to make herself available for a deposition during the discovery period, and that she had not been in contact with her counsel. The Court Ordered Ms. Richardson to appear for a deposition in the office of Defendant's counsel on April 27, 2015, warning that if she did not appear, "then she risks dismissal from this action." [Doc. 38 at 2]. Ms. Richardson did not appear for the

deposition at the designated place or time, and at no time have her counsel moved to withdraw their representation of her in this civil action.  On April 28, 2015, Defendant moved for sanctions as a result of Plaintiff Joy Richardson's failure to comply with this Court's April 14, 2015 Order.  [Doc. 38].

On May 19, 2015, the Court granted Defendant's Motion for Sanctions pursuant to Fed.R.Civ.P. 37(d), dismissed Ms. Richardson from this civil action without prejudice, and invited Defendant to submit a motion for expenses and attorney's fees.

## ARGUMENT AND CITATION TO AUTHORITY

Defendant is entitled to its reasonably-incurred attorneys' fees and expenses associated with Plaintiff Joy Richardson's refusal and/or failure to appear for her noticed deposition, the ensuing discovery dispute which resulted, Defendant's Motion for Sanctions, and this Motion for Fees and Expenses.  The Court has the inherent authority, as well as authority under Fed.R.Civ.P. 37(b)(2)(C), to award attorneys' fees and expenses of litigation (among other things) as a sanction for Defendants' non-compliance with Section B of the Court's April 14, 2015 Order. [Doc. 38].

-4-

WHEREFORE, Defendant requests that it be awarded $2,394.00 in reasonable attorneys' fees associated with the preparation, filing, and resolution of Plaintiffs' Motion as shown on the attached Declaration from Defendant's counsel.

Date:   May 26, 2015.

                                      Respectfully submitted,

                                      */s/ Dean R. Fuchs*
                                      DEAN R. FUCHS
                                      Georgia Bar No. 279170

                                      Attorney for Defendant, Country Club, Inc.

SCHULTEN WARD & TURNER, LLP
260 Peachtree Street, N.W.
Suite 2700
Atlanta, GA  30303
Telephone:  (404) 688-6800
Facsimile:  (404) 688-6840
drf@swtlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 26, 2015, I served a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR ASSESSMENT OF REASONABLE ATTORNEYS' FEES** via CM/ECF upon:

Gary F. Lynch
glynch@carlsonlynch.com

Benjamin J. Sweet
bsweet@carlsonlynch.com

William Grant Cromwell
Cromwell_law@bellsouth.net

Jamisen Etzel
jetzel@carlsonlynch.com

Anthony C. Lake
aclake@gwllawfirm.com

Edwin J. Kilpela, Jr.
ekilpela@carlsonlynch.com

Thomas A. Withers
twithers@gwllawfirm.com

*/s/ Dean R. Fuchs*
DEAN R. FUCHS
Attorney for Defendant