IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANDREA MICKLE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTRY CLUB, INC. d/b/a GOLDRUSH SHOWBAR,<br><br>　　　　Defendant, | :<br>:<br>:<br>:<br>: Civil Action File No.<br>: 1:14-cv-01189-SCJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER APPROVING FLSA SETTLEMENT

The undersigned, having reviewed the parties' Joint Motion to Approve FLSA Settlement, hereby finds that the Motion should be, and is hereby, **GRANTED**, and the settlement is **APPROVED.** This case shall remain administratively closed. Plaintiff shall file a dismissal of this action with prejudice after receiving the final payment from Defendant, as set forth in the parties' Agreement.

This   2nd   day of December, 2016.

　　　　　　　　　　　　　　　　　 s/Steve C. Jones
　　　　　　　　　　　　　　　　　STEVE C. JONES
　　　　　　　　　　　　　　　　　United States District Judge