IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREA MICKLE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRY CLUB, INC. d/b/a GOLDRUSH SHOWBAR,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-1189-SCJ |

## **ORDER**

This matter is before the Court on the parties' Notice of Proposed Settlement as filed July 23, 2018 [Doc. No. 92]. Therein, counsel asserts that the parties would file a motion for approval of the proposed settlement within ten (10) days. As of this date the parties have failed to file a motion for approval of settlement, nor has any further substantive action been taken.

The parties are therefore **ORDERED** to file either a motion for approval of proposed settlement or a proposed consolidated pretrial order within ten (10) days of the entry of this Order. The Clerk is directed to submit this matter to the undersigned if the parties fail to comply.

**IT IS SO ORDERED**, this 9th day of August, 2018.

　　　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　　　STEVE C. JONES
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE