# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANDREA MICKLE, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : Civil Action File No. : 1:14-cv-01189-SCJ : |
| v. | : : |
| COUNTRY CLUB, INC. d/b/a GOLDRUSH SHOWBAR, | : : : |
| Defendant, | : : : |

## ORDER APPROVING FLSA SETTLEMENT

The undersigned, having reviewed the parties' Joint Motion to Approve FLSA Settlement as to Plaintiffs Houston, McAllister, and Lemon, hereby finds that the Motion should be, and is hereby, **GRANTED**, and the settlement is **APPROVED.** This case shall be administratively closed. Plaintiffs shall file a dismissal of this action with prejudice after receiving the final payment from Defendant, as set forth in the parties' Agreement.

                                       s/Steve C. Jones
                                       STEVE C. JONES
                                       United States District Judge